JS-6

Christian J. Keeney (SBN 269533)
Christian.Keeney@jacksonlewis.com
Alis M. Moon (SBN 293897)
Alis.Moon@jacksonlewis.com
Rochelle N. Miller (SBN 352528)
Rochelle.Miller@jacksonlewis.com
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Phone: (949) 885-1360

Attorneys for Defendants
OHIO PARSEC, INC. (erroneously sued as "OHIO PARSEC, INC. DBA PARSEC, INC."); and JOSE HUERTA

Jacob Nalbandyan (SBN 272023)
jnalbandyan@LNtriallawyers.com
Viridiana E. Aceves (SBN 2316858)
vaceves@LNtriallawyers.com
LEVIN & NALBANDYAN, LLP
11132 Ventura Boulevard
Los Angeles, CA 91604
Phone: (213) 232-4848

Attorneys for Plaintiff HECTOR HOLGUIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR HOLGUIN<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PARSEC, INC. DBA PARSEC, INC., an Ohio Corporation, JOSE HUERTA, an individual, and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-00526-CAS-SKx<br><br>*[Removed from Los Angeles Superior Court 24STCV33361]*<br><br>*[Assigned to Hon. Christina A. Snyder, Mag. Steve Kim]*<br><br>**ORDER TO REMAND CASE TO STATE COURT**<br><br>Removal Filed:  January 22, 2025<br>Trial Date:  Not Set |

///

///

Case No.: 2:25-cv-00526-CAS-SK     1     [PROPOSED] ORDER TO REMAND CASE TO STATE COURT

# ORDER

Having read the Parties' Joint Stipulation to Remand Case to State Court ("Joint Stipulation"), and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. The Parties' Joint Stipulation is approved.

2. United States District Court for the Central District of California Case No. 2:25-cv-00526-CAS-SK is hereby remanded to the Los Angeles County Superior Court.

3. Therefore, the Motion to Remand [19] is moot and the September 29, 2025 hearing date is vacated.

IT IS SO ORDERED.

DATED: September 8, 2025

*/s/ Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE